UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| SARAH EDINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:19-CV-198-REW |
| v. | ) | |
| | ) | |
| LIBERTY LIFE ASSURANCE | ) | ORDER |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the parties' joint settlement notice (DE #14), the Court **DIRECTS** the parties to tender a joint dismissal stipulation, or otherwise advise the Court as to case status, **within 45 days**, and, for now, **SETS ASIDE** all yet-unexpired DE #12 deadlines.

This the 25th day of November, 2019.

Signed By:
*Robert E. Wier*
United States District Judge